JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3705
   Facsimile:  (510) 637-3724
   E-Mail:    James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-70207 MAG |
| Plaintiff, | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| DONEISHA LANEE BRUCE, | |
| Defendant. | |

TO:    The Honorable Laurel Beeler, United States Magistrate Judge for the Northern District of California:

Assistant United States Attorney Keslie Stewart respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, DONEISHA LANEE BRUCE (CII A11807256), whose place of custody and jailor are set forth in the

////

////

////

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 10-70207 MAG

requested Writ, attached hereto.  The prisoner is required as the defendant in the above-entitled matter in this Court, and therefore petitioner prays that this Court issue the Writ as presented.

Dated: March 19, 2010              Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney


                                            _____/s/_____
                                            KESLIE STEWART
                                            Assistant United States Attorney

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No.  CR 10-70207 MAG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DONEISHA LANEE BRUCE,<br><br>  Defendant. | No. CR 10-70207 MAG<br><br>[PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant DONEISHA LANEE BRUCE (CII A11807256) before the Hon. Laurel Beeler, United States Magistrate Judge, at 10:00 a.m. on Tuesday, March 23, 2010 is granted, and the Writ shall be issued as presented.

DATED: March 19, 2010

_____
LAUREL BEELER
United States Magistrate Judge

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No.  CR 10-70207 MAG