JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 168973)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: Keslie.Stewart@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 10-70207 MAG |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER EXCLUDING TIME FROM |
| v. ) | MARCH 23, 2010, TO APRIL 15, 2010, |
| ) | FROM THE SPEEDY TRIAL ACT |
| DONEISHA LANEE BRUCE, ) | CALCULATION (18 U.S.C. § |
| ) | 3161(h)(7)(A) and (B)(iv)) |
|    Defendant. ) | |

**[PROPOSED] ORDER**

Counsel for the parties appeared for an identity and removal hearing on the above-captioned matter on March 23, 2010. Counsel for the parties agreed to continue the matter to April 15, 2010 before this Court at 9:00 a.m. Counsel for the parties also agreed that time should be excluded from the Speedy Trial Act calculations from March 23 to April 15, 2010 to afford newly appointed defense counsel time to meet with his client. For this reason, the parties jointly stipulated and requested that the time from March 23, 2010, to April 15, 2010 should be excluded from the Speedy Trial Act calculation for effective preparation of defense counsel and

because the ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial.

**STIPULATED:**

DATED: March 24, 2010          /s/
                               KESLIE STEWART
                               Assistant United States Attorney

DATED: March 24, 2010          /s/
                               ROGER PATTON
                               Attorney for Defendant Bruce

**IT IS HEREBY ORDERED** that the time from March 23, 2010, to April 15, 2010 is excluded from the Speedy Trial Clock, because failure to grant such an exclusion would deny the defendant time for effective preparation. *See* 18 U.S.C. § 3161(h)(7(A) and (B)(iv). The Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

DATED: March 25, 2010
                               LAUREL BEELER
                               United States Magistrate Judge

2