```
1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KESLIE STEWART (CABN 184090)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3709
7       Facsimile:  (510) 637-3724
        E-Mail:     Keslie.Stewart@usdoj.gov
8
9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-70207 MAG |
|---|---|---|
| Plaintiff, | ) | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | ) | |
| DONEISHA LANEE BRUCE, | ) | |
| Defendant. | ) | |

TO: The Honorable Laurel Beeler, United States Magistrate Judge for the Northern District of California:

Assistant United States Attorney Keslie Stewart respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, DONEISHA LANEE BRUCE (CII A11807256), whose place of custody and jailor are set forth in the

////

////

////

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 10-70207 MAG

requested Writ, attached hereto.  The prisoner is required as the defendant in the above-entitled matter in this Court, and therefore petitioner prays that this Court issue the Writ as presented.

Dated: March 24, 2010  　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JOSEPH P. RUSSONIELLO
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　KESLIE STEWART
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No.  CR 10-70207 MAG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DONEISHA LANEE BRUCE,<br><br>    Defendant. | No. CR 10-70207 MAG<br><br>[PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant DONEISHA LANEE BRUCE (CII A11807256) before the Hon. Laurel Beeler, United States Magistrate Judge, at 90:00 a.m. on Thursday, April 15, 2010 is granted, and the Writ shall be issued as presented.

DATED: March 25, 2010

_____
LAUREL BEELER
United States Magistrate Judge

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 10-70207 MAG