AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

Northern District of California

FILED
MAR 3 1 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   4-10-70207 MAG |
| | ) | |
| Doneisha Lanee Bruce | ) | Charging District:   Western District of Michigan |
| *Defendant* | ) | Charging District's Case No.   CR 1:09-CR-45 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Untied States District Court<br>Western District of Michigan<br>399 Federal Building<br>110 Michigan Street, NW<br>Grand Rapids, MI 49503 | Courtroom No.:   Duty Judge Calendar |
| --- | --- | --- |
| | | Date and Time:   April 13, 2010 (12:00am) |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   March 31, 2010

*Judge's signature*

Laurel Beeler, United States Magistrate Judge
*Printed name and title*