Roger W. Patton (SBN 51906)
PATTON ♦ WOLAN ♦ CARLISE LLP
1999 Harrison Street, Suite 1350
Oakland, CA 94612
Telephone: (510) 987-7500
Facsimile:  (510) 987-7575

Attorney for Defendant
DONEISHA LANCEE BRUCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DONEISHA LANCEE BRUCE<br><br>　　　　　　Defendants, | Case No.:  CR-4-10-70207 MAG<br><br>**APPLICATION FOR ORDER FOR PAYMENT OF TRAVEL COSTS RELATED TO COURT PROCEEDINGS AND DECLARATION IN SUPPORT** |

I, Roger W. Patton, declare as follows:

1. I was appointed to represent DONEISHA LANCEE BRUCE in this action.  She is set for her Rule 5 appearance before the Magistrate Judge Joseph G. Scoville in the United States District Court in the Western District of Michigan on May 11, 2010; the court is located at 110 Michigan Street, NW, Grand Rapids Michigan.

2. DONEISHA LANCEE BRUCE lives in San Francisco.  She was found to be unable to hire counsel, and I was therefore appointed.  She is also unable to afford airfare for travel to the U.S. District Court for the Western District of Michigan.

3. Accordingly, pursuant to 18 U.S.C. § 4285, I hereby move, on behalf of DONEISHA LANCEE BRUCE for the court to issue an order authorizing the United States Marshal to

arrange and pay for Ms. Bruce's travel to and from this district on May 10th & May 11th, 2010 for her initial appearance in the Magistrate Court in the Western District of Michigan Court in Grand Rapids Michigan.

4. The closest and most convenient airport for Grand Rapids is Grand Rapids Airport (GRR). The closest airport to this Court is the San Francisco International Airport. For these reasons, the enclosed Proposed Order requests a flight in and out of these airports;

5. I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of April, 2010, at Oakland, California.

          __/ s /_____
          ROGER W. PATTON
          Attorney for Defendant,
          DONEISHA LANCEE BRUCE

## (PROPOSED) ORDER

The United States Marshal's Office is ordered to arrange and pay for defendant's DONEISHA LANCEE BRUCE'S travel expenses to and from San Francisco to the United States District Court for the Western District of Michigan in Grand Rapids Michigan.

IT IS SO ORDER

DATED: __April 20, 2010__       _____
                LAUREL BEELER
                United States Magistrate Judge