1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   KESLIE STEWART (CABN 184090)
    Assistant United States Attorney
5
    1301 Clay Street, Suite 340S
6   Oakland, CA 94612
    Telephone: (510) 637-3709
7   Fax: (510) 637-3724
    E-Mail: keslie.stewart@usdoj.gov
8
    Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,          )   No.  04-10-70207 MAG
                                        )
15         Plaintiff,                   )
                                        )
16                                      )   [PROPOSED] ORDER EXCLUDING
    v.                                  )   TIME PURSUANT TO THE SPEEDY
17                                      )   TRIAL ACT
    DONEISHA L. BRUCE,                  )
18                                      )   Date:     May 11, 2010
           Defendant.                   )   Time:     10:00 A.m.
19                                      )   Court:    Hon. Laurel Beeler
                                        )
20  _____)

21         Defendant Doneisha Bruce appeared at a status conference before the Court on May 11,

22  2010.  With the agreement of the parties, and with the consent of the defendant, the Court enters

23  this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. §

24  3161(h)(7)(A) and (B), from May 11, 2010 to June 29, 2010.  The parties agreed, and the Court

25  found and held, as follows:

26         1.      Defendant sought and agreed to the exclusion of time pursuant to the Speedy Trial

27

28  [PROPOSED] ORDER RE: TIME EXCLUSION        1

Act so that defense counsel would have additional time to investigate this matter, interview additional witnesses, confer with defendant, and prepare for the trial of this matter, taking into account the exercise of due diligence.  Defendant also sought and agreed to the exclusion of time pursuant to the Speedy Trial Act so that defense counsel could facilitate the identification of counsel in Michigan to represent the defendant upon her anticipated arrival in the Western District of Michigan.

2.     Given these circumstances, the Court found that the ends of justice served by excluding the period from May 11, 2010 to June 29, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively and for continuity of counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

3.     Defendant's air travel to the Western District of Michigan to face charges pending in that district has been delayed due to defendant's lack of an identification card.  The defendant represented at the hearing that she applied for an identification card last week, which may take up to 6 weeks to arrive.  The defendant should notify her Probation Officer and her attorney within 24 hours when she receives her identification card, so that travel arrangements may be made for her to appear in the Western District of Michigan.

IT IS HEREBY ORDERED that:

With the consent of defendant Doneisha Bruce, the period from May 11, 2010 to June 29, 2010 is excluded from the Speedy Trial Act calculations for effective preparation of counsel and continuity of counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

It is further ordered that the defendant is to notify her Probation Officer and her attorney within 24 hours when she receives her identification, so that travel arrangements may be made for her to appear in the Western District of Michigan.

It is further ordered that this matter is set for a status hearing on June 29, 2010 at 10:00 a.m. before the Honorable Donna M. Ryu as a control date.  The June 29, 2010 appearance date may be vacated upon a stipulation and proposed order by the parties in the event that the

1   defendant's move to the Western District of Michigan has occurred prior to June 29, 1020.

2

3   IT IS SO ORDERED

4

5   DATED: May 24, 2010

6                                                        _____

7                                                        LAUREL BEELER
                                                         United States District Court Judge
8

9   Approved As To Form:

10

11          /s/                                                  /s/
        _____                          _____
12   KESLIE STEWART                                  ROGER PATTON
     Assistant United States Attorney               Counsel for Doneisha Bruce
     Counsel for United States
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE: TIME EXCLUSION          3